Dismissed and Memorandum Opinion filed June 25, 2009








Dismissed
and Memorandum Opinion filed June 25, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00999-CV

____________

 

SINCLAIR CONTRACTORS, INCORPORATED, Appellant

 

V.

 

LABOR READY, INC., Appellee

 



 

On Appeal from the
165th District Court

Harris County,
Texas

Trial Court Cause
No. 2003-31984-A

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 27, 2008.  On June 12, 2009, appellant
filed a motion to dismiss the appeal because the case has settled.  See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Frost.